1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| J. R. EWING CARRELL, | ) | Case No. CV 07-02728-MMM (OP) |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS, |
| | ) | CONCLUSIONS, AND |
| vs. | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| JAMES TILTON, et al., | ) | JUDGE |
| | ) | |
| Defendants. | ) | |

16

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

24

25

26

27

28

1        IT IS ORDERED that the Judgement be entered  (1) approving and adopting

2    this Report and Recommendation; (2) granting Defendants' Motion to Dismiss for

3    failure to exhaust administrative remedies; and (3) directing that Judgment be

4    entered dismissing this action without prejudice.

5

6

7    DATED:   October 31, 2008

8    HONORABLE MARGARET M. MORROW
     United States District Judge

9

10   Prepared by:

11

12   HONORABLE OSWALD PARADA
     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28