UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. R. EWING CARRELL,<br><br>                Plaintiff,<br><br>     vs.<br><br>JAMES TILTON, et al.,<br><br>                Defendants. | Case No. CV 07-02728-MMM (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that the Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss for failure to exhaust administrative remedies; and (3) directing that Judgment be entered dismissing this action without prejudice.

DATED:  October 31, 2008

_____
HONORABLE MARGARET M. MORROW
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge